THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 10-16-SP<br><br>**SCHEDULING ORDER**<br><br>**Hearing:**<br>Date:     March 22, 2016<br>Time:    1:00 p.m.<br>Place:    Courtroom 3 or 4<br>Judge:   Hon. Sheri Pym |

1. Apple Inc. ("Apple") has informed the government and the Court that it will seek relief from the Court's February 16, 2016 *Order Compelling Apple to Assist Agents in Search* (the "Order").

2. On February 18, 2016, the Court held a telephonic status conference in this matter and heard the positions of the government and Apple with respect to an appropriate briefing schedule for Apple's application for relief.

3. On February 19, 2016, the government filed a *Motion to Compel Apple Inc. to Comply with this Court's February 16, 2016 Order Compelling Assistance in Search*.

4. The Court will hear Apple's application for relief and the government's motion to compel on March 22, 2016, at 1:00 p.m., and sets the following briefing schedule:

    i. Apple shall file its application for relief/opposition to the government's motion by not later than February 26, 2016;

    ii. Any amicus brief shall be filed by not later than March 3, 2016, along with an appropriate request seeking leave of the Court to file such brief;

    iii. The government's opposition to Apple's application for relief/reply to the government's motion shall be filed by not later than March 10, 2016; and

    iv. Apple shall file any reply with respect to its application for relief by not later than March 15, 2016.

5. Apple shall have 35 pages for its application for relief/opposition to the government's motion, and the government shall have 35 pages for its opposition to Apple's application for relief/reply to the government's motion. All other filings shall conform to the page limits set forth in the Local Rules.

6. The Order currently imposes a five-day deadline by which Apple must seek relief from the Court. In light of the schedule set forth herein, that deadline is vacated; Apple shall seek relief from the Court by February 26, 2016.

IT IS SO ORDERED.

Dated: February 19, 2016

_____
Honorable Sheri Pym
United States Magistrate Judge

102074785.1.DOC

Gibson, Dunn &
Crutcher LLP