FILED

lodged 3/0

2016 MAR -2  PM 1: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

1   Marcia Hofmann (Cal. Bar No. 250087)
2   Zeitgeist Law PC
    25 Taylor Street
3   San Francisco, CA 94102
4   Telephone: (415) 830-6664
    marcia@zeitgeist.law
5
6   Attorney for Amici Curiae
    Access Now and Wickr Foundation
7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11

12

13  IN THE MATTER OF THE SEARCH      Case No. 5:16-cm-00010-SP-1
    OF AN APPLE IPHONE SEIZED
14  DURING THE EXECUTION OF A        **APPLICATION FOR LEAVE TO**
    SEARCH WARRANT ON A BLACK        **FILE BRIEF OF AMICI CURIAE**
15  LEXUS IS300, CALIFORNIA LICENSE  **ACCESS NOW AND WICKR**
    PLATE 35KGD203                   **FOUNDATION IN SUPPORT OF**
16                                   **APPLE INC.'S MOTION TO**
                                     **VACATE**
17
                                     Date:  March 22, 2016
18                                   Time:  1:00 p.m.
                                     Place: Courtroom 3 or 4, 3rd Floor
19                                   Judge: Honorable Sheri Pym
20

21

22

23

24                                   ORIGINAL

25

26

27

28

Case No. 5:16-cm-10-SP-1        APPLICATION FOR LEAVE TO FILE
                             AMICI CURIAE BRIEF OF ACCESS NOW
                                 AND WICKR FOUNDATION

Access Now and Wickr Foundation hereby seek leave to file an amici curiae brief in support of Apple Inc.'s motion to vacate an order compelling Apple to assist government agents in the search of an iPhone. This application is supported by the proposed amici curiae brief and proposed order.

Amici are non-profit civil society organizations dedicated to supporting digital rights and championing private communications throughout the world. Amici's proposed brief seeks to inform the Court about the impact that the intentional weakening of digital security would have on global human rights.

The government claims that this case is about a single iPhone, and that the software solution it wants Apple to create will do nothing to weaken encryption. In reality, this case could set precedent for law enforcement to demand that any technology company deliberately impair the security of its products or services, and has potential to do far-reaching harm.

Technology and connectivity have empowered millions around the world to demand social and political change—but criminals and authoritarian regimes exploit the same technology to identify and persecute protesters, democracy activists, bloggers, and journalists. In some countries, reliable security tools such as encryption can be the difference between life and death. The relief sought by the government endangers people globally who depend on robust digital security for their physical safety and wellbeing.

Case No. 5:16-cm-10-SP-1
APPLICATION FOR LEAVE TO FILE
AMICI CURIAE BRIEF OF ACCESS NOW
AND WICKR FOUNDATION

1    Pursuant to international law, the United States government has a duty to foster

2    basic human rights such as freedom of expression and privacy. The assistance sought by

3

4    the government not only undermines the commitment of the United States to uphold

5    those fundamental rights in the digital age, but also keeps Apple from fulfilling its own

6    responsibilities to respect the human rights of users.

7    Counsel for amici has contacted Apple Inc. and the United States to ask their

8

9    positions on this proposed amici curiae brief. The parties have both indicated that they

10   do not object to the filing of this brief.

11

12   DATED: March 1, 2016                     Respectfully submitted,

13

14                                            Marcia Hofmann

15                                            Zeitgeist Law PC

16                                            25 Taylor Street
                                              San Francisco, CA 94102

17                                            marcia@zeitgeist.law
                                              Telephone: (415) 830-6664

18

19                                            Attorney for Amici Curiae

20                                            Access Now and Wickr Foundation

21

22

23

24

25

26

27

28
                                              2
     Case No. 5:16-cm-10-SP-1          APPLICATION FOR LEAVE TO FILE
                                    AMICI CURIAE BRIEF OF ACCESS NOW
                                          AND WICKR FOUNDATION

**PROOF OF SERVICE**

I, the undersigned, declare that I am a citizen of the United States; my business address is 25 Taylor Street, San Francisco, California 94102; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On March 1, 2016, I served the foregoing document described as:

- **Application for Leave to File Brief of Amici Curiae Access Now and Wickr Foundation in Support of Apple Inc.'s Motion to Vacate**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Theodore J Boutrous, Jr.
Eric David Vandevelde
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7000

Allen W Chiu
AUSA - Office of US Attorney
National Security Section
312 North Spring Street, Suite 1300
Los Angeles, CA 90012
213-894-2435

Marc J Zwillinger
Jeffrey G Landis
Zwillgen PLLC
1900 M Street NW Suite 250
Washington, DC 20036
202-296-3585

Tracy L Wilkison
AUSA Office of US Attorney
Chief, Cyber and Intellectual Property Crimes
Section
312 North Spring Street, 11th Floor
Los Angeles, CA 90012-4700
213-894-0622

Nicola T Hanna
Gibson Dunn and Crutcher LLP
3161 Michelson Drive 12th Floor
Irvine, CA 92612-4412
949-451-3800

Counsel for Plaintiff USA

Theodore B Olson
Gibson Dunn and Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306
202-955-8668

Counsel for Respondent Apple Inc.

Case No. 5:16-cm-10-SP-1     APPLICATION FOR LEAVE TO FILE
AMICI CURIAE BRIEF OF ACCESS NOW
AND WICKR FOUNDATION

BY MAIL:  I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California.  I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 1, 2016

Stephanie Shattuck

Case No. 5:16-cm-10-SP-1

APPLICATION FOR LEAVE TO FILE
AMICI CURIAE BRIEF OF ACCESS NOW
AND WICKR FOUNDATION