Peter Bibring (SBN 223981)
pbibring@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Alex Abdo
Esha Bhandari
Eliza Sweren-Becker*
Brett Max Kaufman
aabdo@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500

*Admission to the bar pending
Additional counsel listed on signature page

Attorneys for Proposed Amici Curiae

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203. | ED No. CM 16-10 (SP) |
| | **APPLICATION OF AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA ET AL. TO FILE BRIEF OF AMICI CURIAE; PROPOSED BRIEF** |
| | Hearing Date: March 22, 2016 |
| | Time: 1:00 pm |
| | Courtroom: Courtroom 3 or 4 |
| | Judge: Hon. Sheri Pym |

## APPLICATION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Proposed *amici curiae* the American Civil Liberties Union ("ACLU"), ACLU of Southern California, ACLU of Northern California, and ACLU of San Diego and Imperial Counties, by and through undersigned counsel, hereby move the Court for leave to file the attached Brief of *Amici Curiae* in the above-captioned case.

In support of this motion, proposed *amici* state the following:

The disposition of this case is of critical importance to Americans' privacy and cybersecurity because the government seeks to compel a technology company to create software designed to weaken the security of its own devices—an effort that, if successful, would set precedent implicating the security and privacy of hundreds of millions of Americans. This case raises both statutory and constitutional questions regarding the limits of law enforcement authority to compel private parties to assist in investigations.

Proposed *amici* argue that the request is not authorized by the All Writs Act because the Act does not permit the government to force innocent third parties to turn over information not already in their possession or control, because the assistance the government seeks is unreasonably burdensome and unnecessary, and because Congress has deliberately withheld from the government the authority to require technology companies to circumvent the security protections in their devices. Proposed *amici* also argue that the order the government seeks violates the Fifth Amendment, and that principles of constitutional avoidance counsel against granting the government's request.

Proposed *amici* frequently appear as direct counsel or *amicus curiae* in cases raising similar legal issues to those here.

Proposed *amicus* the American Civil Liberties Union is a nationwide, nonprofit, nonpartisan organization with approximately 500,000 members

dedicated to the principles of liberty and equality embodied in the Constitution and this nation's civil rights laws. Since its founding in 1920, the ACLU has frequently appeared before the Supreme Court and other federal courts, both as direct counsel and as *amicus curiae*, in numerous cases implicating Americans' right to privacy. The ACLU and its members have long been concerned about the impact of new technologies on constitutional rights. The ACLU is particularly concerned with protecting the lawful use of strong encryption technologies, which are essential to preserving the constitutional guarantees of privacy, free expression, and anonymity in the digital age. The ACLU of Southern California, the ACLU of Northern California, and the ACLU of San Diego and Imperial Counties are the geographic affiliates in California of the ACLU.

Counsel for *amici curiae* states that no counsel for a party authored this brief in whole or in part, and no person other than *amici curiae*, their members, or their counsel made a monetary contribution to its preparation or submission.

Wherefore, proposed *amici* respectfully request leave to file the attached Brief of *Amici Curiae*, to aid this Court in its consideration and resolution of the issues in this case.

March 2, 2016                                          Respectfully Submitted,

                                                      By:
                                                      Peter Bibring
                                                      ACLU OF SOUTHERN
                                                       CALIFORNIA
                                                      pbibring@aclusocal.org
                                                      1313 West Eighth Street
                                                      Los Angeles, CA 90017
                                                      Telephone: (213) 977-9500

Alex Abdo
Esha Bhandari
Eliza Sweren-Becker*
Brett Max Kaufman
aabdo@aclu.org
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500

Linda Lye (SBN 215584)
llye@aclunc.org
ACLU OF NORTHERN
  CALIFORNIA
39 Drumm Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 621-2493

David Loy (SBN 229235)
davidloy@aclusandiego.org
ACLU OF SAN DIEGO AND
  IMPERIAL COUNTIES
San Diego, CA 92138
Telephone: (619) 232-2121

*Application for admission to the bar
pending

Attorneys for *amici curiae*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is ACLU of Southern California, 1313 West 8th Street, Los Angeles, CA 90017.

On March 2, 2016, I caused to be served through mail (USPS) and e-mail the foregoing document described as:

**APPLICATION OF AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA ET AL. TO FILE BRIEF OF AMICI CURIAE; PROPOSED BRIEF**

on each person on the attached Service List.

Executed on March 2, 2016, in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Diana Gonzalez
_____

Print Name

_____

Signature

### Service List

| Service Type | Counsel Served | Party |
|---|---|---|
| Mail & E-mail | **Theodore J. Boutrous, Jr.**<br>**Nicola T. Hanna**<br>**Eric D. Vandevelde**<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520 | Apple, Inc. |

| | | | |
|---|---|---|---|
| | | Email:  tboutrous@gibsondunn.com<br>nhanna@gibsondunn.com<br>evandevelde@gibsondunn.com | |
| Mail & E-mail | | **Theodore B. Olson**<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC, 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>Email: tolson@gibsondunn.com | Apple, Inc. |
| Mail & E-mail | | **Marc J. Zwillinger**<br>**Jefffrey G. Landis**<br>Zwillgen PLLC<br>1900 M Street N.W., Suite 250<br>Washington, D.C. 20036<br>Telephone: (202) 706-5202<br>Facsimile: (202) 706-5298<br>Email: marc@zwillgen.com<br>jeff@zwillgen.com | Apple, Inc. |
| Mail & E-mail | | **Eileen M. Decker**<br>**Patricia A. Donahue**<br>**Tracy L. Wilkison**<br>**Allen W. Chiu**<br>1500 United States Courthouse<br>7312 North Spring Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-0622/2435<br>Facsimile: (213) 894-8601<br>Email: Tracy.Wilkison@usdoj.gov<br>Allen.Chiu@usdoj.gov | United States<br>of America |