EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
TRACY L. WILKISON (California Bar No. 184948)
Chief, Cyber and Intellectual Property Crimes Section
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2400
    Facsimile:  (213) 894-8601
    Email:  Tracy.Wilkison@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE #5KGD203 | ED No. CM 16-10 (SP)<br><br>GOVERNMENT'S STATUS REPORT |

       Applicant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files this status report called for by the Court's order issued on March 21, 2016.  (CR 199.)

       The government has now successfully accessed the data stored on Farook's iPhone and therefore no longer requires the assistance from Apple Inc. mandated by Court's Order Compelling Apple Inc. to Assist Agents in Search dated February 16, 2016.

Accordingly, the government hereby requests that the Order Compelling Apple Inc. to Assist Agents in Search dated February 16, 2016 be vacated.

Dated: March 28, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division

TRACY L. WILKISON
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA